# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GEOFFREY PETERS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0408 |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER OF DISMISSAL

Petitioner's petition for a writ of mandamus raises the same complaints, and seeks the same relief, as his petition in *Peters v. State of Texas*, C.A. No. H-17-3782 (S.D. Tex. Dec. 12, 2017). The Court dismissed that lawsuit for want of jurisdiction. For the same reasons, the instant lawsuit is DISMISSED FOR WANT OF JURISDICTION.

The Court recently imposed a $400.00 monetary sanction on petitioner for his repetitive, frivolous filings. *Peters v. State of Texas*, C.A. No. H-18-0261 (S.D. Tex. Jan. 31, 2018). <u>Petitioner is WARNED that he will be subject to additional sanctions, including additional monetary penalties and limitations on his ability to file lawsuits in federal court, if he continues to abuse judicial resources by filing repetitive, frivolous pleadings</u>.

Signed at Houston, Texas on February 15, 2018.

---
Gray H. Miller
United States District Judge